IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEROME K. HAMILTON, )
    PLAINTIFF, )
)
v. )
) Civil Action No.04-1422-GMS*
)
CATHY GUESSFORD, et al., )
    DEFENDANT'S. )
)

## AFFIDAVIT OF JEROME K. HAMILTON

I, Plaintiff/Jerome K. Hamilton, Pro-Se, being duly sworn, hereby declares under penalty of perjury that:

REQUEST TO CLERK FOR ENTRY OF DEFAULT
AGAINST DEFENDANT'S GUESSFORD, TAYLOR,
AND CARROLL, FOR NOT FILING A RESPONSE
TO PLAINTIFF COMPLAINT WHICH WAS ANSWER
DUE ON FEBRUARY 28,2005.See:(D.I.!4,16,17).

1. Plaintiff/Jerome K. Hamilton, Pro-Se, hereby requests and move this Honorable Court for entry of default pursuant to Rule 55(a) OF the Federal Rules of Civil Procedure against defendant's Guessford, Taylor, and Carroll, for their failure to plead or otherwise defend by filing there answer due on February 28,2005, against the plaintiff complaint. And the See:(D.I./2).

Therefore, Plaintiff/Jerome K. Hamilton, Pro-Se, requests this Court to enter an order and granting plaintiff affidavit for judgment on default against the defendant's.

Dated: March 1,2005.

CC:/Court Clerk/Peter T. Dalleo:
    Judge GREGORY M. SLEET
    Plaintiff/Jerome K. Hamilton
    Attorney General Eileen Kelly

Respectfully Submitted
Plaintiff/Jerome K. Hamilton
Pro-Se
320 East Fifth Street
Apt./609
Wilmington,Delaware.19801