```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

|  |  |
|---|---|
| JEROME K. HAMILTON, a.k.a., CHEIKH AHMED ELOHIM, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-1422-GMS* |
| CATHY L. GUESSFORD, et al., | ) ) |
| Defendant'(s). | ) ) ) |

```
            PLAINTIFF ADDENDUM TO MOTION FOR
     DEFAULT PURSUANT TO RULE 55(a) OF THE FEDERAL
                 RULES OF CIVIL PROCEDURE
```

FILED 2005 MAR -7 AM 11:59 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

I, Plaintiff/Jerome K. Hamilton, Pro-Se, being duly sworn, - hereby declares under penalty of perjury that:

1. COMES NOW, Plaintiff/Jerome K. Hamilton, Pro-Se, request the Honorable Judge Sleet, to inter a order granting this motion against the defendant'(s) for not responsing to plaintiff complaint which the - answer due response or plead to the complaint on February 28, 2005. This - Honorable Court should grant plaintiff motion for (Default Motion Pursu- -uant To Rule 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE).

Wherefore, Plaintiff Hamilton, Pro-Se, believe that due to Defendant'(s), failure to answer or response to plaintiff complaint - which was due order on February 28, 2005. But the Defendant'(s) Attorney- General Eileen Kelly, just filed a motion to (ENTRY OF APPEARANCE) that - was all. See:(Attached Exhibit- "A"). But is. See:(D.I.18). I the Plaint- -iff respectfully requests that Judgment by Default be granted against - the Defendant's or whatever other sanctions and relief Your Honor feels is just and equitable.

DATED: March 6, 2005

Respectfully Submitted
*Jerome K. Hamilton*
Plaintiff/Jerome K. Hamilton
Pro-Se,
320 East Fifth Street/Apt#609
Wilmington, Delaware. 19801

CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on March 6, 2005 he caused the attached Motion for Default Pursuant to Rule 55(a). To be - delivery to the following person in the form and manner indicted:

NAME AND ADDRESS OF RECIPIENT(S).

Eileen Kelly, I.D.#2884
Deputy Attorney General
Carvel State Office Building
820 North French Street Street, 6th, Floor.
Wilmington, Delaware. 19801

Attorney for State Defendants.

MANNER OF DELIVERY:

__XXX__ Two true copy or copies by first class mail, postage pre--paid, to each recipient.....

Respectfully Submitted
*Jerome Hamilton*
Plaintiff/Jerome K. Hamilton
Pro-Se,
320 East Fifth Street/Apt.#609
Wilmington, Delaware. 19801