SUPERIOR COURT
OF THE
STATE OF DELAWARE

CHARLES H. TOLIVER, IV
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0657

May 16, 2003

Loren C. Meyers
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Bernard J. O'Donnell
Assistant Public Defender
Office of the Public Defender
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

RE: **Hamilton v. State of Delaware, 576, 2002**
(Cr. A. Nos. IN76-08-0906 & 0907
ID No. 84004102DI)

Dear Counsel:

As you are aware, the Delaware Supreme Court, on January 28, 2003 and February 24, 2003, remanded this matter to this Court for further proceedings consistent thereto. Given the position taken by the State of Delaware in its correspondence in response to the remand, as well as the Court's review of the record, the Court has reconsidered its September 23, 2002 decision.

More specifically, it appears for the record and for position argument of the parties that the sentences imposed by Judge Martin on October 13, 1988 in IN76-08-0906 and IN76-08-0907, were to run concurrently. Moreover, the effective date of the sentence that must be used by the Department of Corrections is January 24, 1977. That is the effective date Judge Martin specifically directed that his sentences begin to run. Exactly why he chose that date is not known

*Exhibit – A*

Page Two
May 16, 2003
RE: **Hamilton v. State of Delaware, 576, 2002**
 (Cr. A. Nos. IN76-08-0906 & 0907
 ID No. 84004102DI)

at this time, but it is a certainty. Any action by the Department of Correction using a different date or dates is incorrect and illegal for purposes of Superior Court Criminal Rule 35.

By copy of this letter, I am directing the Department of Correction to recalculate the defendant's release date in conformance with the foregoing. They should do so immediately, but in any event, no later than May 25, 2003. If there are any questions and/or concerns, as a result, please so inform me immediately. Otherwise, I will assume that the matter has been resolved. No action will be taken on the defendant's petition for a writ of habeas corpus filed on April 4, 2003 (C.A. No. 03M-04-030), pending the aforementioned recalculation.

**IT IS SO ORDERED.**

_____
Toliver, Judge

CHT,IV/ld
oc: Prothonotary
cc: Jerome K. Hamilton
    Rebecca McBride, DCC Records
    Supreme Court of Delaware

*Exhibit - A*



M. JANE BRADY
ATTORNEY GENERAL

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

NEW CASTLE COUNTY
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630

KENT COUNTY
Sykes Building
45 The Green
Dover, DE 19901
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652

SUSSEX COUNTY
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369

March 31, 2000

PLEASE REPLY TO:

Civil Division - New Castle County

Jerome K. Hamilton
S.B.I. No. 088348
Delaware Correctional Center
MSU Unit
P.O. Box 500
Smyrna, DE 19977

RE:   **March 20, 2000 correspondence**

Dear Mr. Hamilton:

Thank you for your March 20th letter. However, I believe that your efforts to recover copies of the applicable sentencing orders are misdirected.

Neither Ms. Guessford nor Ms. McBride has the power or authority to modify an Order of the Court. By way of seeking clarification or verification, it is possible that the Court, upon reflection, modified or clarified the sentence so as to have it conform to existing sentencing guidelines. Ms. Guessford's and/or Ms. McBride's role in this process may be to what you are referring when you allege that they "administratively" changed your sentence.

Since the Court's order is a matter of public record, I suggest you seek copies of the relevant orders directly from the Prothonotary's Office. If you are actually seeking a modification of your sentence, then it is best to start that process with the Prothonotary's Office as well.

In any event, I wish to note my confidence in the abilities of both Ms. Guessford and Ms. McBride to properly calculate and administer the sentence orders as issued by the Court. If you believe this is incorrect, you are free to use whatever resources may be available to you to seek resolution of your dispute.

Exhibit- "B"

Thank you again for your March 20th response.

Very truly yours,

Stuart B. Drowos,
Deputy Attorney General

SBD/kd
cc: Carl Danberg, Esq., Deputy Principal Assistant
    Cathy Guessford
    Rebecca McBride

Exhibit- "B"



**P. D. LIFRAK, M.D.**

1701 SHALLCROSS AVE., STE. A
WILMINGTON, DE 19805
TELEPHONE: (302) 654-7317
FAX: (302) 654-3042

## AUTHORIZATION
### FOR RELEASE OF MEDICAL RECORDS AND INFORMATION

I here by authorize: __Dr. Patricia Lifrak, MD__
(Specify Organization, Program, Person)

__287 Christiana Rd. Suite 8, New Castle, DE 19720__

To release information, access to, or photocopies of medical records of:

__Cheikh Elohim__                                    ____
(Patients Name)                                      (Date of Birth)

To: __Honorable Judge Gregory M Sleet__
(Specify Organization, Program, Person)

The foregoing is subject to limitation listed below:

1. Nature of information to be released. Specify: __Dx & Tx Records__

2. The purpose or need for this information is, and will be used for: __court hearing__

3. This authorization is confined to the treatment episode beginning on: __3/24/04__

4. This consent will expire on _____ or sixty (60) days after the discharge date. I understand that I may revoke this authorization any time except to the extent that information has been released based upon this content.

I hereby release the releasing facility's personnel from all legal responsibility and / or liability that may arise from the release of such information as specified above.

Disclosure of specific information authorized for release is limited to the above- mentioned recipient only. Federal regulations 42 CFR Part 2, prohibit the redisclosure of the enclosed information, unless the consent expressly permits further disclosure is otherwise permitted under regulations.

✗ Witness: __Arietta LeBeg__                     Date: __6/23/05__

✗ Patient: __Cheikh A. Elohim__                  Date: __June 23, 2005__

Parent or Legal Guardian: _____        Date: _____
(If person is a minor)

Exhibit- "C"

# MEDICATION VISIT NOTE

PATIENT'S NAME: Cheikh Elotim    AGE: _____

DATE OF APPOINTMENT: 3/24/04

EXAMINED BY: Patricia D. Lifrak, MD, MBA

1. **PRESENT SYMPTOMS/BRIEF MSE:** Pt states he is "surviving". Denies 'against depression or SI. Sleep is interrupted by nightmares.

2. **PROGRESS SINCE LAST VISIT:** Still c/o sleep difficulty

3. **CURRENT MEDICATION(S):** Trazodone 50mg HS
   Paxil CR 25 mg I ⊘ AM

4. **SIDE EFFECTS:** Denies

5. **CURRENT DIAGNOSIS:** Depressive D/s NOS

6. **PLAN:** ↑ Trazodone to 50mg 1½ Q HS

7. **RX GIVEN:** X 30 days 2 refills

8. **DATE OF NEXT VISIT:** In 8-10 weeks      [signature]

(Pt had been seeing me at WSF side).

# MEDICATION VISIT NO[TE]

PATIENT'S NAME: Cheikh Ebrihim       AGE: _____

DATE OF APPOINTMENT: 01/26/05

EXAMINED BY: Patricia D. Lifrak MD MBA

1. **PRESENT SYMPTOMS/BRIEF MSE:**
   Pt states he still has flashbacks from being mugged in 1992. Was recently in a MVA. C/o difficulty sleeping

2. **PROGRESS SINCE LAST VISIT:**
   Still symptomatic. Denies SI/HI or significant depression

3. **CURRENT MEDICATION(S):** Trazodone 50 mg 1½ QHS
   Paxil CR 25 mg I QAM.

4. **SIDE EFFECTS:**
   Denies

5. **CURRENT DIAGNOSIS:** Depressive D/o NOS.

6. **PLAN:** D/C Trazodone - Start Seroquel 25 mg I–II QHS

7. **RX GIVEN:** x 30 days 2 refills

8. **DATE OF NEXT VISIT:** 8-10 weeks

Exhibit-"C"

## Medication Visit Note

Patient's Name _Cheifken Elotim_   Age _____
Date of Appointment _6/2/05_   Weight _____

Examined by: Patricia D. Lifrak, M.D., M.B.A.

1) Present symptoms/brief MSE:

   Pt still having flashbacks, nightmares, still c/o
   ↓ motivation in the AM. Seroquel helped w/ sleep.

2) Progress since last visit:   Denies SI/HI n/plans. Ran out
                                 of Paxil 1 wk ago.
   Non-compliant.                c/o difficulty creating

3) Current medication(s): Seroquel 25 mg II QHS → only takes I QHS.
                          Paxil 20 mg QAM

4) Side effects:

   Denies while on meds.

5) Current Diagnosis (Axis I)  Depressive D/o NOS.
                               PTSD.

6) Plan:  Continued Tx - ↑ Seroquel to 25 mg II QHS
                         Referred to OP therapy

7) Rx given:  x 30 days  1 ref

8) Date of next visit:  4-6 weeks

_____[signature]_____    _6/2/05._
Patricia D. Lifrak, M.D., M.B.A.     Date

Exhibit- "C"

1021 Gilpin Ave. Suite 104  
Wilmington, DE 19806  
Tel # : (302) 421-8282  
Fax # : (302) 428-0851



1601 Milltown Rd. Lyndell Sq. #5  
Wilmington, DE 19808  
Tel # : (302) 636-9490  
Fax # : (302) 636-9492

# Sick Leave Form

Date _6/24/05_

To _whom it may concern_

This is to certify that Miss / Mr. _Cherish Elorden_

was diagnosed for _chronic low back pain_

_____ in our office.

He / she was advised to rest at home and be absent from school / work on _____

He / she may return to school / work on _____.

Comments: _pt. is currently taking percocet 7.5/325 1tab 3x a day as needed for pain. These meds may make him drowsy with episodes of decrease cognition._

Exhibit- "D"

☐ Domingo C. Singson, M.D.  
☐ Remedios Abad , M.D.  
☑ Jose M. Castro, M.D.  
☐ Marcia Gina Castro, M.D.

- Certificate Of Service -

State Of Delaware                 )
New Castle County                 )   SS:
                                  )

      BE IT REMEMBER, that Plaintiff Jerome K. Hamilton/Pro-Se, being first duly sworn according to law and the penalty of perjury on the this 25 , day of June 2005, placed in the U.S. Mail. Two true and correct copies of the attached: Letter for Amend the Complaint along with medical records information from plaintiff filed. And this document will be sent to the following below person's:

1. Peter T. Dalleo, Clerk:
   Clerk of the Court
   United States District Court
   844 King Street/Lockbox 18
   J. Caleb Boggs Federal Building
   Wilmington, Delaware. 19801

2. Eileen Kelly/I.D.#2884
   Deputy Attorney General
   Carvel State Office Building
   820 North French Street, 6th, Floor.
   Wilmington, Delaware. 19801

3. Plaintiff/Jerome K. Hamilton/Pro Se
   a.k.a.,/Cheikh A. Elohim
   320 East Fifth Street/Apt.#609
   Wilmington, Delaware. 19801

RESPECTFULLY SUBMITTED
PLAINTIFF/JEROME K. HAMILTON
a.k.a./CHEIKH A. ELOHIM
Pro Se: