

```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF DELAWARE
```

From: Mr. Jerome K. Hamilton
      a.k.a.,/Cheikh A. Elohim
      Pro/Se:
      320 East Fifth Street/Apt.609
      Wilmington,Delaware.19801

Dated: July 7,2005

TO:
    BY HAND DELIVERED

    THE HONORABLE GREGORY M. SLEET
    UNITED STATES DISTRICT COURT
    UNITED STATES COURTHOUSE
    844 KING STREET/LOCKBOX 19
    WILMINGTON,DELAWARE.19801-3570

                    Re: Hamilton v. Guessford, et al;
                        Civil Action No.04-1422-GMS*

        Dear Judge Sleet:

            I'm writing you this letter on the behalf of plaintiff because it has become necessary, again to explain my inability to compose any type of motion because my difficulty concenting and his ability to function.. See:(D.I.24/Exhibit- A).And also read document. See:(D.I.27/Exhibit-"C" and/--"D").

            1. Plaintif Jerome K. Hamilton/Pro Se, in the name above behalf, hereby respectfully request this Honorable Court to take judicial not--ice for review, plaintiff is unable to file a "Motion to Seal" with this co--urt, because plaintiff is taking medication's has cause me difficult concen--trating thinking and functioning. See:(D.I.24/Exhibit-"A"). And also please-read document's concerning plaintiff taking medication's. See:(D.I.27/Exhibit--"C" and Exhibit-"D").

            2. Plaintiff Jerome K. Hamilton/Pro Se, in the name above behalf, hereby respectfully request this Honorable Court to take judicial not--ice for review,that plaintiff want his personal information to be treated as confidential from public access on the internet. Plaintiff is in need of tra--ined counsel to file his "Motion to Seal". See:(Attached Exhibit-"A").

            3. Plaintiff Jerome K.Hamilton/Pro Se, in the name above behalf, hereby respectfully request this Honorable Court to take judicial not--ice for review, that plaintiff can't file any kind motion dealing with comp--osing legal documents to the court.

                                    1

Wherefore, Plaintiff Jerome K. Hamilton/Pro Se, in - the name above behalf, hereby respectfully request this Honorable Court to take judicial notice, under the plaintiff certain circumstances, this court in its- discretion should appoint trained attorney to represent plaintiff because he - is an taking medications which is affecting there thinking, and plaintiff is - an indigent civil litigant. See: 28 U.S.C. & 1915(e)(1). Also plaintiff want - to make apart of the record for future references, that plaintiff argument is- real and he is suffering from difficulty concentrating and functioning  becaus- -e of the medications plaintiff is taking. See:(D.I.24/Exhibit-"A"). And also please read document. See:(D.I.27/Exhibit-"C" /and/Exhibit-"D"). Them certain- circumstance's do prevent plaintiff from file a "Motion to Seal" to the Court. Plaintiff, also believe according to law of the third circuit, plaintiff case - do and is control by. See:(Hamilton v. Leavy,117 F.3d 742(3rd Cir.1997).

Dated: July 7,2005

Respectfully Submitted
*Jerome K. Hamilton*
Plaintiff/Jerome K. Hamilton
a.k.a.,/Cheikh A. Elohim
Pro Se:
320 East Fifth Street/Apt.609
Wilmington,Delaware.19801

2.

-Certificate Of Service-

State Of Delaware            )
New Castle County            )   SS:
                             )

      BE IT REMEMBER, that Plaintiff Jerome K. Hamilton/Pro--Se, being first duly sworn according to law and the penalty of perjury on the this  7 , day of July  2005, did by hand delivered and place in the U.S. Mail. - Two true and correct copies of the attached: Letter about plaintiff is unable - to file with the court, an file to a ("Motion to Seal"). And this letter will - be going to below person's:

1. Peter T. Dalleo, Clerk
   Clerk of the Court
   United States District Court
   844 King Street/Lockbox 18
   J. Caleb Boggs Federal Building
   Wilmington, Delaware. 19801

2. Eileen Kelly/I.D.#2884
   Deputy Attorney General
   Carvel State Office Building
   820 North French Street, 6th, Floor.
   Wilmington, Delaware. 19801

3. THE HONORABLE GREGORY M. SLEET
   UNITED STATES DISTRICT COURT
   UNITED STATES COURTHOUSE
   844 KING STREET/LOCKBOX 19
   WILMINGTON, DELAWARE. 19801-3570

4. Plaintiff/Jerome K. Hamilton
   a.k.a.,/Cheikh A. Elohim,
   Pro Se:
   320 East Fifth Street/Apt. 609
   Wilmington, Delaware. 19801

RESPECTFULLY SUBMITTED
*Jerome K. Hamilton*
PLAINTIFF/JEROME K. HAMILTON
a.k.a.,/Cheikh A. Elohim
Pro/Se: