M. JANE BRADY
ATTORNEY GENERAL



## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO :

July 26, 2005

Civil Division - New Castle County

Jerome K. Hamilton
320 East Fifth Street
Apt. 609
Wilmington, DE 19801

      Re:    **Hamilton v. Guessford, et al.**
             **C.A. No. 04-1422-GMS**

Dear Mr. Hamilton:

      I am writing in reference to your letters, dated June 25, 2005 and July 7, 2005, to Judge Sleet in the above-referenced matter. (D.I. 27, 28). Although both letters include a Certificate of Service indicating that you served me by U.S. Mail, in fact, I have not received copies of either letter. Please ensure that you do provide me with copies of your submissions to the Court, as stated in your Certificates of Service.

                                    Very truly yours,

                                      Eileen Kelly
                                    Deputy Attorney General

cc:    Clerk of the Court