IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a.k.a. CHEIKH AHMED ELOHIM, <br><br> Plaintiff, <br><br> v. <br><br> CATHY L. GUESSFORD, REBECCA MCBRIDE, ROBERT F. SNYDER, THOMAS L. CARROLL, and STANLEY W. TAYLOR, Jr. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-1422 GMS |

## ORDER

WHEREAS, on November 5, 2004, Jerome K. Hamilton ("Hamilton") filed this *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, against Cathy Guessford ("Guessford"), Rebecca McBride ("McBride"), Robert Snyder ("Snyder"), Thomas Carroll, ("Carroll"), and Stanley Taylor, Jr. ("Taylor");

WHEREAS, on January 20, 2005, Hamilton filed a Motion for Appointment of Counsel (D.I. 9);

WHEREAS, on May 27, 2005, the court issued an Order (D.I. 22) denying Hamilton's motion for appointment of counsel;

WHEREAS, on June 6, 2005, Hamilton filed a Motion for Reconsideration (D.I. 24), asking the court to reconsider its May 27, 2005 Order;

WHEREAS, a motion for reconsideration should be granted only "sparingly"[1];

---

[1] *Tristrata Tech. Inc. v. ICN Pharms., Inc.*, 313 F. Supp. 2d 405, 407 (D. Del. 2004); *Karr v. Castle*, 768 F. Supp. 1087, 1090 (D. Del. 1991).

WHEREAS, in this district, motions for reconsideration are granted only if it appears that the court has patently misunderstood a party, has made a decision outside the adversarial issues presented by the parties, or has made an error not of reasoning, but of apprehension[2]; and

WHEREAS, the court concludes that none of the three above-cited conditions exist in the present case;

IT IS HEREBY ORDERED that:

1. The plaintiff's Motion for Reconsideration (D.I. 24) is DENIED without prejudice.

Dated: October 5, 2005

UNITED STATES DISTRICT JUDGE

FILED
OCT 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[2] *See, e.g., Shering Corp. v. Amgen, Inc.*, 25 F. Supp. 2d 293, 295 (D. Del. 1998); *Brambles USA, Inc. v. Blocker*, 735 F. Supp. 1239, 1240 (D. Del. 1990) (citing *Above the Belt, Inc. v. Mel Bonhannan Roofing, Inc.*, 99 F.R.D. 99 (E.D. Va. 1983)); *see also Karr*, 768 F. Supp. at 1090 (citing same).