IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a.k.a.<br>CHEIKH AHMED ELOHIM,<br><br>    Plaintiff,<br><br>v.<br><br>CATHY L. GUESSFORD, REBECCA<br>MCBRIDE, ROBERT F. SNYDER,<br>THOMAS L. CARROLL, and STANLEY<br>W. TAYLOR, Jr.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1422 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, on November 5, 2004, Jerome K. Hamilton ("Hamilton") filed this *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, against Cathy Guessford ("Guessford"), Rebecca McBride ("McBride"), Robert Snyder ("Snyder"), Thomas Carroll, ("Carroll"), and Stanley Taylor, Jr. ("Taylor");

WHEREAS, on June 29, 2005, Hamilton filed a letter (D.I. 27) requesting the court to take judicial notice of certain facts contained in the letter;

WHEREAS, Federal Rule of Evidence ("FRE") 201 governs judicial notice and provides, in pertinent part that a court may take notice of a fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); and

WHEREAS, the facts of which Hamilton asks the court to take judicial notice do not meet either of the requirements set forth in FRE 201;

IT IS HEREBY ORDERED that:

1. The plaintiff's letter request for judicial notice (D.I. 27) is DENIED.

Dated: October __7__ , 2005



UNITED STATES DISTRICT JUDGE

FILED
OCT 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2