IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a/k/a ELOHIM CHEIKH AHMED, | : <br> : <br> : |
| Plaintiff, | : |
| v. | : C.A. No. 04-1422 (GMS) <br> : <br> : JURY TRIAL DEMANDED |
| CATHY L. GUESSFORD, REBECCA MCBRIDE, ROBERT F. SNYDER, THOMAS L. CARROLL, and STANLEY W. TAYLOR, JR. | : <br> : <br> : |
| Defendants | |

## **ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Gary W. Aber, Esquire, of the firm of Aber, Goldlust, Baker & Over.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900

DATED: April 12, 2006          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was filed via electronic filing on April 12, 2006 and was served on the following counsel:

>Eileen Kelly, Esquire
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801

>                   /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire