IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME K. HAMILTON, a/k/a ELOHIM CHEIKH AHMED, | : : : | |
| Plaintiff, | : : | C.A. No. 04-1422 (GMS) |
| v. | : : | JURY TRIAL DEMANDED |
| CATHY L. GUESSFORD, REBECCA MCBRIDE, ROBERT F. SNYDER, THOMAS L. CARROLL, and STANLEY W. TAYLOR, JR. | : : : : | |
| Defendants | | |

## NOTICE OF SERVICE

TO:  Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801

PLEASE TAKE NOTICE, that Plaintiff's Request for Production of Documents Directed to All Defendants was electronically filed via CM/ECF on June 7, 2006

ABER, GOLDLUST, BAKER & OVER

      /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900

DATED:  June 7, 2006          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was filed via electronic filing on June 7, 2006 and was served on the following counsel:

> Eileen Kelly, Esquire
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE  19801

                                                      /s/ Melissa A. Chionchio
                                                    Melissa A. Chionchio
                                                    Secretary to Gary W. Aber, Esquire