LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(An association of Law Practices)
702 KING STREET, SUITE 600
PO BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*  (302) 472-4900
DARRELL J. BAKER, P.A.  TELECOPIER (302) 472-4920
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN      June 8, 2006

*ALSO ADMITTED IN NEW YORK

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

   RE: Hamilton/Elohim v. Guessford, et.al.
     C.A. No.: 04-1422 (GMS)

Dear Judge Sleet:

  I am writing this letter to report on the status of the above-captioned matter. As the Court records will reflect, this is a claim brought by the plaintiff, pro se as a result of his being held in confinement by the State of Delaware for more that four (4) years beyond his official release date from imprisonment. That is, his official release date should have been July 17, 1999, as determined by the Delaware Supreme Court, Hamilton v. State, 831 A.2d 881, n.6 (Del. 2003).

  This matter was filed by the plaintiff, pro se, on November 5, 2004. Subsequently, I was consulted by the plaintiff, and entered my appearance on April 12, 2006.

  While the docket reflects various communications and transactions between the Court and the pro se plaintiff, as well as initial discovery between the parties, no scheduling order has ever been entered in this matter.

  Accordingly, I write to the Court on behalf of the plaintiff to request that this matter be set for a scheduling conference.

  Thank you for Your Honor's kind consideration.

           Respectfully,

           /s/ Gary W. Aber

           Gary W. Aber

GWA/mac
cc: Eileen Kelly, Esquire