IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME K. HAMILTON, a/k/a ELOHIM CHEIKH AHMED, | : : : | |
| Plaintiff, | : : | C.A. No. 04-1422 (GMS) |
| v. | : : | JURY TRIAL DEMANDED |
| CATHY L. GUESSFORD, REBECCA MCBRIDE, ROBERT F. SNYDER, THOMAS L. CARROLL, and STANLEY W. TAYLOR, JR. | : : : : | |
| Defendants | | |

## NOTICE OF SERVICE

TO:  Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801

PLEASE TAKE NOTICE, that Plaintiff's Answers to Defendants' First Set of Interrogatories Directed to Plaintiff and Plaintiff's Answers to Defendant's First Request for Production of Documents were hand delivered to the above-named counsel on September 6, 2006.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
DATED:  June 7, 2006                                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed via electronic filing on September 6, 2006 and was served on the following counsel:

>Eileen Kelly, Esquire
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE  19801

>                /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire