LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(An association of Law Practices)
702 KING STREET, SUITE 600
PO BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*　　　　　　　　　　　　　　　　　　　(302) 472-4900
DARRELL J. BAKER, P.A.　　　　　　　　　　　　　　　TELECOPIER(302) 472-4920
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN　　　　　　　September 13, 2006
*ALSO ADMITTED IN NEW YORK

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

　　　　　　RE:　Hamilton/Elohim v.Guessford, et.al.
　　　　　　　　　C.A. No.:  04-1422 (GMS)

Dear Judge Sleet:

　　　I have filed today, the Scheduling Order based upon the dates which your Honor has set in this matter.

　　　However, it is my recollection, that when your Honor set this trial for a two (2) day trial, it was on the assumption that it might proceed as a bench trial.  In light of your Honor's order of September 6, 2006, that this matter is to proceed as a jury trial, I would respectfully suggest, after conferring with defense counsel, that two days may not be enough for a jury trial, and would suggest that this case be scheduled as a three (3) day jury trial, rather than a two (2) day bench trial.

　　　Thank you for your Honor's consideration.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　/s/ Gary W. Aber

　　　　　　　　　　　　　　　　　　　　Gary W. Aber

GWA/mac
cc:　Eileen Kelly, Esquire