**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JEROME K. HAMILTON, a.k.a., ) <br> CHEIKH AHMED ELOHIM, ) <br> ) <br> Plainitff, ) <br> ) <br> v. ) <br> ) <br> CATHY L. GUESSFORD, REBECCA ) <br> MCBRIDE, ROBERT F. SNYDER, ) <br> THOMAS L. CARROLL, and ) <br> STANLEY W. TAYLOR, Jr. ) <br> ) <br> ) <br> Defendants. ) | C.A. No. 04-1422-GMS |

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I, Eileen Kelly, Deputy Attorney General, hereby certify that on September 25, 2006, Defendants' Response to Plaintiff's Second Set of Interrogatories and Defendants' Response to Plaintiff's Second Request for Production of Documents were hand delivered to:

TO:  Gary W. Aber, Esquire
     Aber, Goldlust, Baker & Over
     702 King Street, Suite 600
     P.O. Box 1675
     Wilmington, DE 19899

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Eileen Kelly
Eileen Kelly (I.D. 2884)
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated: September 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006, I electronically filed *Notice of Service of Discovery Materials* with the Clerk of Court using CM/ECF, which will send notice to Gary W. Aber, Esquire.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us