IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a/k/a ELOHIM CHEIKH AHMED, : : : Plaintiff, : : : v. : : CATHY L. GUESSFORD, REBECCA : MCBRIDE, ROBERT F. SNYDER, THOMAS : L. CARROLL, and STANLEY W. TAYLOR, : JR. : Defendants | C.A. No. 04-1422 (GMS) JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

TO: Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE, that Plaintiff's Second Request for Production of Documents Directed to All Defendants was hand delivered to the above-counsel onCF on October 11, 2006.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
DATED: October 11, 2006    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was filed via electronic filing on October 11, 2006 and was served on the following counsel:

>Eileen Kelly, Esquire
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE  19801

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire