### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME K. HAMILTON, a.k.a., | ) | |
| CHEIKH AHMED ELOHIM, | ) | |
| | ) | |
| Plainitff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1422-GMS |
| | ) | |
| CATHY L. GUESSFORD, REBECCA | ) | |
| MCBRIDE, ROBERT F. SNYDER, | ) | |
| THOMAS L. CARROLL, and | ) | |
| STANLEY W. TAYLOR, Jr. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE OF DISCOVERY MATERIALS

I, Eileen Kelly, Deputy Attorney General, hereby certify that on  November 17, 2006, Defendants' Response to *Plaintiff's  Second Request for Production of Documents* were hand delivered to:

TO:   Gary W. Aber, Esquire
         Aber, Goldlust, Baker & Over
         702 King Street, Suite 600
         P.O. Box 1675
         Wilmington, DE  19899

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

/s/ Eileen Kelly
Eileen Kelly (I.D. 2884)
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated:  November 17, 2006

## *CERTIFICATE OF SERVICE*

I hereby certify that on November 17, 2006, I electronically filed *Notice of Service of Discovery Materials; Defendants' Response to Plaintiff's Second Request for Production of Documents* with the Clerk of Court using CM/ECF, which will send notice to Gary W. Aber, Esquire.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us