IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME K. HAMILTON, a/k/a<br>ELOHIM CHEIKH AHMED, | : <br> : <br> : | |
| Plaintiff, | : <br> : | C.A. No. 04-1422 (GMS) |
| v. | : <br> : | JURY TRIAL DEMANDED |
| CATHY L. GUESSFORD, REBECCA<br>MCBRIDE, ROBERT F. SNYDER, THOMAS<br>L. CARROLL, and STANLEY W. TAYLOR,<br>JR. | : <br> : <br> : | |
| Defendants | | |

## NOTICE OF SERVICE

TO:  Eileen Kelly, Esquire
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE  19801

   PLEASE TAKE NOTICE, that Plaintiff's Fourth Request for Production of Documents

Directed to All Defendants was hand delivered to the above-counsel on January 24, 2007.


                            ABER, GOLDLUST, BAKER & OVER


                               /s/ Gary W. Aber
                            GARY W. ABER (DSB #754)
                            702 King Street, Suite 600
                            P.O. Box 1675
                            Wilmington, DE  19899
                            302-472-4900
DATED:  January24, 2007      Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was filed via electronic filing on January 24, 2007 and was served on the following counsel:

> Eileen Kelly, Esquire
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE  19801

       /s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire