LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

(302) 472-4900
TELECOPIER (302) 472-4920

January 31, 2007

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      RE:    Hamilton/Elohim v. Guessford, et.al.
              C.A. No.: 04-1422 (GMS)

Dear Judge Sleet:

    I have received a copy of correspondence to Your Honor, from my client, Jerome K. Hamilton. I am presently in a trial in Superior Court this week, and will respond promptly after the trial is concluded.

    Thank you for Your Honor's consideration.

                                      Respectfully,

                                      /s/ Gary W. Aber

                                      Gary W. Aber

GWA/mac
cc:    Eileen Kelly, Esquire
        Mr. Jerome K. Hamilton