# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a.k.a., <br> CHEIKH AHMED ELOHIM, <br><br> Plaintiff, <br><br> v. <br><br> CATHY L. GUESSFORD, REBECCA <br> MCBRIDE, ROBERT F. SNYDER, <br> THOMAS L. CARROLL, and <br> STANLEY W. TAYLOR, Jr. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1422-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE OF DEFENDANTS' RESPONSE TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS

I, Eileen Kelly, Deputy Attorney General, hereby certify that on February 7, 2007, Defendants' Response to Plaintiff's Fourth Request for Production of Documents was hand delivered to:

TO:   Gary W. Aber, Esquire
      Aber, Goldlust, Baker & Over
      702 King Street, Suite 600
      P.O. Box 1675
      Wilmington, DE  19899

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Eileen Kelly
Eileen Kelly (I.D. 2884)
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated: February 7, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2007, I electronically filed *Notice of Service of Defendants' Response to Plaintiff's Fourth Request for Production of Documents* with the Clerk of Court using CM/ECF, which will send notice to Gary W. Aber, Esquire.

      /s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us