IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a.k.a., ) <br> CHEIKH AHMED ELOHIM, ) <br> ) <br> Plainitff, ) <br> ) <br> v. ) <br> ) <br> CATHY L. GUESSFORD, REBECCA ) <br> MCBRIDE, ROBERT F. SNYDER, ) <br> THOMAS L. CARROLL, and ) <br> STANLEY W. TAYLOR, Jr., ) <br> ) <br> Defendants. ) | C.A. No. 04-1422-GMS |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Marc P. Niedzielski on behalf of Defendants Cathy L. Guessford, Rebecca L. McBride, Robert F. Snyder, Thomas L. Carroll and Stanley W. Taylor ("Defendants"). This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/ Marc P. Niedzielski
                                              Marc P. Niedzielski, I.D. #2616
                                              Deputy Attorney General
                                              Carvel State Office Building
                                              820 N. French Street, 6th floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              marc.niedzielski@state.de.us
Dated: February 21, 2007                      Attorney for Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that on February 21, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Gary W. Aber, Esquire.

     /s/ Marc P. Niedzielski
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us