# EXHIBIT 1



# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

OCT 2 3 2006

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

October 19, 2006

**PLEASE REPLY TO:**
[New Castle County-Civil Division]

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

     RE:    **Hamilton v. Guessford, et al.**
            <u>C.A. No. 04-1422 - GMS</u>

Dear Gary:

I am writing in response to your letter dated October 16, 2006.

First, with respect to Defendants' document production, I have enclosed a table which indicates which documents are responsive to Plaintiff's various discovery requests.

As to a privilege log, the following items are protected from discovery by the attorney-client privilege and/or work product doctrine:

1. March 27, 2003 e-mail from R. McBride to L. Myers regarding J. Hamilton's sentence history.
2. June 10, 2003 e-mail from G. Smith to R. McBride regarding Judge Toliver order.
3. October 2, 2003 e-mail from G. Smith to R. McBride regarding Supreme Court decision.

With respect to your responses to Defendants' discovery requests, please provide me with the type of information which is set forth in this letter. Please identify which documents are responsive to the individual requests and provide me with a privilege log.

I also note that I never received Plaintiff's Initial Disclosures, which were due September 29, 2006.

Gary W. Aber, Esquire
October 19, 2006
Page Two

      Finally, by letter dated September 27, 2006, I sent you a medical authorization and a Social Security Administration authorization for Mr. Hamilton's signature. To date, you have not returned the signed authorizations to me. Please do so at your earliest convenience.

      Thank you.

                                         Sincerely,

                                         Eileen Kelly
Enclosure                                 Deputy Attorney General