IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a/k/a<br>ELOHIM CHEIKH AHMED,<br><br>        Plaintiff,<br><br>    v.<br><br>CATHY L. GUESSFORD, REBECCA<br>MCBRIDE, ROBERT F. SNYDER, THOMAS<br>L. CARROLL, and STANLEY W. TAYLOR,<br>JR.<br><br>        Defendants | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 04-1422 (GMS)<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF RECORDS DEPOSTION DUCES TECUM\***

TO:  Prison Health Services, Inc.
      c/o The Corporation Trust Company
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of the Records Custodian of Prison Health Services, Inc., on Thursday, April 26, 2007, at 10:00 a.m. at the offices of Aber, Goldlust, Baker & Over located at Suite 600, First Federal Plaza, Wilmington, DE 19801. Pursuant to Rule 30(b)(6) the deponent is to designate an individual knowledgeable with the documents listed on Exhibits Nos. 1 and 2 attached.

                            ABER, GOLDLUST, BAKER & OVER

                            /s/ Gary W. Aber
                            GARY W. ABER (DSB #754)
                            702 King Street, Suite 600
                            P.O. Box 1675
                            Wilmington, DE 19899
                            302-472-4900
DATED: April 16, 2007              Attorney for Plaintiff

**\*The deponent is to produce all documents referred to or mentioned in Exhibit No. 1. A subpoena has been issued to the deponent for this deposition.**

# **EXHIBIT NO. 1**

1. All documents referring to a former inmate of the Delaware Department of Corrections, Jerome Hamilton.

2. All documents referring to a former inmate of the Delaware Department of Corrections, Cheikh Ahmed Elohim.

3. All documents reflected in, or mentioned in a memorandum from Prison Health Services, Inc., to the Delaware Department Inmate Grievance Chair, dated March 29, 2000 attached hereto as Exhibit No. 2.



# Prison Health Services, Inc.

TO:       Inmate Grievance Chair
FROM:   Daphne Carroll, M.C.  DC
            Mental Health Site Supervisor
DATE:   March 29, 2000
RE:       Inmate Grievance No. Med0003024

This department is very familiar with the inmate Jerome Hamilton and he has been receiving services from this department for many years. Following are the dates that reflect our contacts and the nature of the contacts over the past year.

    3/15/00      medications changed
    3/14/00      therapist contact
    2/29/00      therapist contact
    2/16/00      psychiatric contact
    2/11/00      therapist contact
    1/19/00      psychiatric contact
    1/7/00        therapist contact
    12/10/99    therapist contact
    12/8/99      psychiatrist contact
    11/29/99    therapist contact
    10/28/99    therapist contact
    10/27/99    psychiatrist contact
    10/8/99      therapist contact
    8/31/99      interviewed for group participation – inmate declined
    8/11/99      completed individual sessions with therapist Crowley
    8/10/99      psychiatrist contact
    1/99 to 8/99  individual therapy with therapist Crowley

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed via electronic filing on April 16, 2007 and was served on the following counsel:

>Eileen Kelly, Esquire
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire