IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEROME K. HAMILTON, a/k/a :
ELOHIM CHEIKH AHMED, :
:
      Plaintiff, :
: C.A. No. 04-1422 (GMS)
v. :
: JURY TRIAL DEMANDED
CATHY L. GUESSFORD, REBECCA :
MCBRIDE, ROBERT F. SNYDER, THOMAS :
L. CARROLL, and STANLEY W. TAYLOR, :
JR. :

      Defendants

## NOTICE OF 30 (b)(6)DEPOSTION

TO:  Eileen Kelly, Esquire
      Department of Justice
      820 N. French Street, 6th Floor
      Wilmington, DE 19801

PLEASE TAKE NOTICE, that pursuant to Rule 309b)(6), <u>Federal Rules of Civil Procedure</u>, the defendants are to designate the person who can trace and explain the history of any grievances filed by Mr. Hamilton concerning his continued incarceration beyond 1999, each step that was taken, and why his grievances were denied, the basis of those denials and any investigations made in order to confirm the validity for the basis of such denial. The witness is also to be able to identify such documents either by producing them, or to identify them by Bates number at the time of the deposition for a deposition on April 24, 2007 at 2:00 p.m. in the offices of Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE 19801.

ABER, GOLDLUST, BAKER & OVER

    /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900

DATED:  April 17, 2007          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed via electronic filing on April 17, 2007 and was served on the following counsel:

>Eileen Kelly, Esquire
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE  19801

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire