**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JEROME K. HAMILTON, a.k.a., <br> CHEIKH AHMED ELOHIM, <br><br> Plainitff, <br><br> v. <br><br> CATHY L. GUESSFORD, et. al, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> C.A. No. 04-1422-GMS <br><br> JURY TRIAL DEMANDED |

**NOTICE OF DEPOSITION DUCES TECUM[1]**

TO:  Gary W. Aber, Esquire
     Aber, Goldlust, Baker & Over
     702 King Street, Suite 600
     P.O. Box 1675
     Wilmington, DE 19899-1675

**PLEASE TAKE NOTICE** that the oral deposition of Jerome K. Hamilton a/k/a Cheikh Ahmed Elohim will be taken by counsel for Defendants on Thursday, April 26, 2007 at 11:00 a.m. The deposition will take place at the Department of Justice, 820 N. French Street, 6th Floor, Wilmington, DE 19801, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Marc P. Niedzielski (I.D. # 2616)
Eileen Kelly (I.D. # 2884)
Deputy Attorneys General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us
eileen.kelly@state.de.us
Attorneys for Defendants

DATED: April 18, 2007

---

[1] The deponent is to bring with him all petitions, complaints or any other pleadings addressing the calculation, length or legality of his sentence of incarceration.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2007, I electronically filed *Notice of Deposition Duces Tecum* with the Clerk of Court using CM/ECF, which will send notice to Gary W. Aber, Esquire.

/s/ Eileen Kelly
Eileen Kelly (I.D. # 2884)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants