IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

From: Mr. Jerome K. Hamilton, a/k/a
      Cheikh Ahmed Elohim
      Plaintiff:
      320 East Fifth Street/Apt.609
      Wilmington, Delaware.19801

Dated: April 14,2007

TO:

   Honorable Judge Gregory M. Sleet
   United States District Court for the District of Delaware
   Lock Box 19
   844 North King Street.
   Wilmington, Delaware.19801

                RE: Hamilton/Elohim v. Guessford, et. al.
                    C.A. No.04-1422-(GMS).

        Dear Honorable Judge Gregory M. Sleet:
                I am writing you this letter to report my concer-
-ns about plaintiff being available for deposition on April 30, 2007


        Issue One:   Plaintiff/Jerome K. Hamilton, request this Cou-
-rt intervention. Because Mr. Gary W. Aber/Esquire should schedule plaintiff
deposition for on April 30,2007 as he mention on April 13,2007, and plainti-
-ff agree with his Mr. Aber/Esquire, statement because plaintiff feel the--
same way about his deposition. It is important for the court, to understand
that plaintiff haven't finish taking all depositions of defendants, which is
among one of the reason why plaintiff will be available on April 30,2007 to
take there deposition.


        Issue Two:   Plaintiff/Jerome K. Hamilton, request this Cou-
-rt intervention. Concerning Mr. Gary W. Aber/Esquire, not taking all depos-
-itions of the defendant's, before plaintiff take there deposition period..
Plaintiff/Jerome K. Hamilton, is requesting his Mr. Aber/Esquire, please wi-
-ll you file on plaintiff behalf with court that will take my schedule depo-
-sition for plaintiff on April 30,2007.

                                    1.

_Issue Three:_ Plaintiff/Jerome K. Hamilton, want to make a record for future reference, that i have inform the court about defendants - depositions and who they was on January 29,2007. See:(D.I.61). Document.....

_Issue Four:_ Plaintiff/Jerome K. Hamilton, believe that it - Mr. Aber/Esquire, is causing a conflict of interest by there failure not list- -ening to the plaintiff concerns about taking his deposition on April 30,2007. Because that was the date plaintiff will be available on April 30,2007. Plus,- that was the date agree upon by the plaintiff and Mr. Aber/Esquire.

_Issue Five:_ Plaintiff/Jerome K. Hamilton, want to make rec- -ord for future reference, that all the defendants haven't finish taking their depositions so how can plaintiff take his deposition.

_Issue Six:_ Plaintiff/Jerome K. Hamilton, want to make this record for future reference, plaintiff haven't received know discovery from the defendants dealing with my four years/and/68 day, unlawful imprisonment lock-- -down in segregation confinement. None of them documents have been produce by- the defendant's. So how can plaintiff, take his deposition without them docume- -nts to support plaintiff, claim humiliation, physical discomforts, mental ang- -uish, humiliation, and degradation, and physical harm, against the plaintiff.-

_Issue Seven:_ Plaintiff/Jerome K. Hamilton, is requesting a demand of One Million Dollars/$1000.000.00 for damages for punitive segregation See: _Sample v. Diecks,_ 885 F.2d 1099(Sept 12,1989). And this one. See: _Smith v.- -Rowe,_ 761 F.2d 360(April 26,1985)

Plaintiff/Jerome K. Hamilton, request this Honorable Court - intervention to resolve the discovery dispute, concerning plaintiff taking his deposition on April 30,2007. Plaintiff believe he should be allow to take his- deposition on April 30,2007. If this Honorable Court/order a or schedule a tele- -phone conference plaintiff request his present, on the phone or face-to-face.

Respectfully Submitted
_Jerome K. Hamilton_
Mr. Jerome K. Hamilton,a/k/a,
Cheikh A. Elohim
Plaintiff:
320 East Fifth Street/Apt.609
Wilmington, Delaware.19801

2.

Certificate Of Service

State Of Delaware           )
                            )
New Castle County           )  SS:
                            )

      I Plaintiff/Jerome K. Hamilton, hereby certify that the attached letter document was filed or filing on April 14,2007, and place - in U.S. Mail. Copies of (Plaintiff Letter Requesting his Deposition on or - About Aptil 30,2007, be taken on that date). This document will be going to all people below:

1. Honorable Judge Gregory M. Sleet
   United States District Court for the District
   of Delaware
   Lock Box 19
   844 N. King Street
   Wilmington, Delaware.19801-3570

2. Mr. Gary W. Aber/Esquire:(DSB/754)
        Law Offices
   ABER, GOLDLUST, BAKER, & OVER
   702 King Street, Suite 600
   Wilmington, Delaware.19801-1675

3. Eileen Kelly, Esquire:
   Marc P. Niedzielski,Esquire:
   Deputy Attorney General
   Department of Justice
   Carvel State Building
   820 N. French Street
   Wilmington, Delaware.19801

4. Plaintiff/Jerome K. Hamilton,a/k/a
   Cheikh Ahmed Elohim
   Plaintiff:
   320 East Fifth Street/Apt.609
   Wilmington, Delaware.19801

                                         *Jerome K. Hamilton*
                                  Plaintiff/Jerome K. Hamilton