IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a/k/a<br>ELOHIM CHEIKH AHMED,<br><br>          Plaintiff,<br><br>      v.<br><br>CATHY L. GUESSFORD, REBECCA<br>MCBRIDE, ROBERT F. SNYDER, THOMAS<br>L. CARROLL, and STANLEY W. TAYLOR,<br>JR.<br><br>          Defendants | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 04-1422 (GMS)<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DEPOSTION

TO:  Eileen Kelly, Esquire
       Department of Justice
       820 N. French Street, 6th Floor
       Wilmington, DE 19801

PLEASE TAKE NOTICE, that the undersigned will take the oral deposition of the defendant, Stuart B. Drowos on Friday, April 27, 2007, at 10:00 a.m. in the offices of Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE 19801.

                                             ABER, GOLDLUST, BAKER & OVER

                                             /s/ Gary W. Aber
                                             GARY W. ABER (DSB #754)
                                             702 King Street, Suite 600
                                             P.O. Box 1675
                                             Wilmington, DE 19899
                                             302-472-4900
DATED: April 20, 2007                       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed via electronic filing on April 20, 2007 and was served on the following counsel:

    Eileen Kelly, Esquire
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE  19801

                                    /s/ Melissa A. Chionchio
                                Melissa A. Chionchio
                                Secretary to Gary W. Aber, Esquire