IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEROME K. HAMILTON, a/k/a :
ELOHIM CHEIKH AHMED, :
　　　　　　　　　　　　　　　　 :
　　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　 :　　C.A. No. 04-1422 (GMS)
　　v. :
　　　　　　　　　　　　　　　　 :　　JURY TRIAL DEMANDED
CATHY L. GUESSFORD, REBECCA :
MCBRIDE, ROBERT F. SNYDER, THOMAS :
L. CARROLL, and STANLEY W. TAYLOR, :
JR.

　　　　　　Defendants

### NOTICE OF DEPOSTION

TO:　Eileen Kelly, Esquire
　　　Department of Justice
　　　820 N. French Street, 6th Floor
　　　Wilmington, DE  19801

　　PLEASE TAKE NOTICE, that the undersigned will take the oral deposition of the defendant, Stanley W. Taylor on Wednesday, April 25, 2007, at 11:00 a.m. in the offices of Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE  19801.

　　　　　　　　　　　　　　　　　　　ABER, GOLDLUST, BAKER & OVER

　　　　　　　　　　　　　　　　　　　　/s/ Gary W. Aber
　　　　　　　　　　　　　　　　　　　GARY W. ABER (DSB #754)
　　　　　　　　　　　　　　　　　　　702 King Street, Suite 600
　　　　　　　　　　　　　　　　　　　P.O. Box 1675
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　302-472-4900
DATED: April 20, 2007　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed via electronic filing on April 20, 2007 and was served on the following counsel:

>Eileen Kelly, Esquire
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire