IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a/k/a<br>ELOHIM CHEIKH AHMED,<br><br>      Plaintiff,<br><br>v.<br><br>CATHY L. GUESSFORD, REBECCA<br>MCBRIDE, ROBERT F. SNYDER, THOMAS<br>L. CARROLL, and STANLEY W. TAYLOR,<br>JR.<br><br>      Defendants | :<br>:<br>:<br>:<br>:  C.A. No. 04-1422 (GMS)<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF 30(b)(6) DEPOSTION DUCES TECUM***

TO: Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE, that pursuant to Rule 30(b)(6), <u>Federal Rules of Civil Procedure</u>, the defendants are to designate the person most knowledgeable with how medical records are recorded, maintained, and stored for prisoners, including the plaintiff, and with reference to records created by Prison Health Services, Inc. for a deposition on Wednesday, April 25, 2007 at 1:00 p.m. in the offices of Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE 19801.

                                            ABER, GOLDLUST, BAKER & OVER

                                            /s/ Gary W. Aber
                                            GARY W. ABER (DSB #754)
                                            702 King Street, Suite 600
                                            P.O. Box 1675
                                            Wilmington, DE 19899
                                            302-472-4900
DATED: April 20, 2007                        Attorney for Plaintiff

**\*The deponent is to produce all medical records of the plaintiff from January 1, 1999 to the present, including all records created and/or generated by Prison Health Services, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed via electronic filing on April 20, 2007 and was served on the following counsel:

    Eileen Kelly, Esquire
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE  19801

                      /s/ Melissa A. Chionchio
                      Melissa A. Chionchio
                      Secretary to Gary W. Aber, Esquire