IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a/k/a<br>ELOHIM CHEIKH AHMED,<br><br>    Plaintiff,<br><br>    v.<br><br>CATHY L. GUESSFORD, REBECCA<br>MCBRIDE, ROBERT F. SNYDER, THOMAS<br>L. CARROLL, and STANLEY W. TAYLOR,<br>JR.<br><br>    Defendants | C.A. No. 04-1422 (GMS)<br><br>JURY TRIAL DEMANDED |

## STIPULATION

The parties in the above-captioned matter stipulate, with the Court's permission that the Scheduling Order in this matter shall be amended as follows:

Discovery Cut Off          May 11, 2007

Case Dispositive Motions    May 29, 2007

The basis for this stipulation is the confluence of a mediation in <u>St. Paul Insurance and Daisy Construction v. Walpar, Inc.</u>, C.A. No.: 05-880 (***) and a trial scheduled with the Honorable Joseph J. Farnan in <u>Heron v. U.S.P.S.</u>, C.A. No.: 03-313 (JJF). These matters prevented the scheduling of final depositions in this matter which are being scheduled for May 10, 2007 and May 11, 2007, the week after the trial in <u>Heron</u>. It is hoped that this two week delay in this matter will not unduly burden the Court.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

/s/ Eileen Kelly
EILEEN KELLY (DSB #2884)
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
(302) 577-8319
Attorney for Defendants