## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a.k.a., ) <br> CHEIKH AHMED ELOHIM, ) <br> ) <br> Plainitff, ) <br> ) <br> v. ) <br> ) <br> CATHY L. GUESSFORD, et. al, ) <br> ) <br> Defendants. ) | <br><br><br><br><br><br>C.A. No. 04-1422-GMS<br><br>JURY TRIAL DEMANDED |

### RE-NOTICE OF DEPOSITION DUCES TECUM[1]

TO:  Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

**PLEASE TAKE NOTICE** that the oral deposition of Jerome K. Hamilton a/k/a Cheikh Ahmed Elohim will be taken by counsel for Defendants on Friday, May 11, 2007 at 9:00 a.m. The deposition will take place at the Department of Justice, 820 N. French Street, 6th Floor, Wilmington, DE 19801, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Marc P. Niedzielski (I.D. # 2616)
Eileen Kelly (I.D. # 2884)
Deputy Attorneys General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us
DATED: May1, 2007    eileen.kelly@state.de.us
Attorneys for Defendants

---

[1] The deponent is to bring with him all petitions, complaints or any other pleadings addressing the calculation, length or legality of his sentence of incarceration.

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 1, 2007, I electronically filed *Notice of Deposition Duces Tecum* with the Clerk of Court using CM/ECF, which will send notice to Gary W. Aber, Esquire.

              /s/ Eileen Kelly
              Marc P. Niedzielski (I.D. # 2616)
              Eileen Kelly (I.D. # 2884)
              Deputy Attorneys General
              Department of Justice
              820 N. French St., 6th Floor
              Wilmington, DE 19801
              (302) 577-8400
              marc.niedzielski@state.de.us
              eileen.kelly@state.de.us
              Attorneys for Defendants