LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

(302) 472-4900
TELECOPIER (302) 472-4920

May 7, 2007

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

RE: Hamilton/Elohim v. Guessford, et.al.
C.A. No.: 04-1422 (GMS)

Dear Judge Sleet:

I am writing to confirm a telephone conversation I had with your staff on Monday, May 07, 2007. The telephone conference on outstanding discovery issues, originally scheduled for Wednesday, May 9, 2007 at 11:30 has been rescheduled and will take place on May 23, 2007 at 9:15 that date has been confirmed both with my office, and with defendant's counsel, Eileen Kelly, Esquire.

Thank you for Your Honor's assistance in this matter.

Respectfully,

Gary W. Aber

GWA/mac
cc: Eileen Kelly, Esquire
    Mr. Jerome K. Hamilton