IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEROME K. HAMILTON, a/k/a : 
ELOHIM CHEIKH AHMED, :
:
        Plaintiff, :
: C.A. No. 04-1422 (GMS)
v. :
: JURY TRIAL DEMANDED
CATHY L. GUESSFORD, REBECCA :
MCBRIDE, ROBERT F. SNYDER, THOMAS :
L. CARROLL, and STANLEY W. TAYLOR, :
JR. :

        Defendants

### NOTICE OF 30 (b)(6)DEPOSTION

TO:  Eileen Kelly, Esquire
      Department of Justice
      820 N. French Street, 6th Floor
      Wilmington, DE 19801

PLEASE TAKE NOTICE, that pursuant to Rule 309b)(6), <u>Federal Rules of Civil Procedure</u>, the defendants are to designate the person most knowledgeable in the decision by the Delaware Department of Corrections, with regards to Judge Toliver's decision of May 6, 2003 directing the Department of Corrections to recalculate the plaintiff's sentence "immediately, but in any event no later than May 25, 2003" and the Department of Corrections failed to do the calculations but rather appealed the Court's decision for a deposition on May 10, 2007 at 11:00 a.m. in the offices of Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE 19801.

ABER, GOLDLUST, BAKER & OVER

    /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED: May 8, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was filed via electronic filing on May 10, 2007 and was served on the following counsel:

    Eileen Kelly, Esquire
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801

          /s/ Melissa A. Chionchio
    Melissa A. Chionchio
    Secretary to Gary W. Aber, Esquire