IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a/k/a<br>ELOHIM CHEIKH AHMED,<br><br>        Plaintiff,<br><br>v.<br><br>CATHY L. GUESSFORD, REBECCA<br>MCBRIDE, ROBERT F. SNYDER, THOMAS<br>L. CARROLL, and STANLEY W. TAYLOR,<br>JR.<br><br>        Defendants | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 04-1422 (GMS)<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

### NOTICE OF 30 (b)(6) DEPOSTION DUCES TECUM*

TO:  Eileen Kelly, Esquire
      Department of Justice
      820 N. French Street, 6th Floor
      Wilmington, DE 19801

PLEASE TAKE NOTICE, that pursuant to Rule 309b)(6), <u>Federal Rules of Civil Procedure</u>, the defendants are to designate the person most knowledge in the classification of the plaintiff during his period of incarceration from July 1, 1999 until his date of release for a deposition on May 10, 2007 at 1:00 p.m. in the offices of Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE 19801.

                                    ABER, GOLDLUST, BAKER & OVER

                                    /s/ Gary W. Aber
                                  GARY W. ABER (DSB #754)
                                  702 King Street, Suite 600
                                  P.O. Box 1675
                                  Wilmington, DE 19899
                                  302-472-4900
DATED: May 8, 2007              Attorney for Plaintiff

**\*The deponent is to produce any and all records concerning, discussing, or referring to the plaintiff's classification within the Delaware Department of Corrections from July 1, 1999 until the date of his release on October 3, 2003**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed via electronic filing on May 8, 2007 and was served on the following counsel:

>Eileen Kelly, Esquire
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE  19801

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire