IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEROME K. HAMILTON, a/k/a
ELOHIM CHEIKH AHMED,

        Plaintiff,

     v.

CATHY L. GUESSFORD, REBECCA
MCBRIDE, ROBERT F. SNYDER, THOMAS
L. CARROLL, and STANLEY W. TAYLOR,
JR.

        Defendants

C.A. No. 04-1422 (GMS)

JURY TRIAL DEMANDED

### RE-NOTICE OF DEPOSTION DUCES TECUM*

TO: Eileen Kelly, Esquire
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801

PLEASE TAKE NOTICE, that the undersigned will take the oral deposition of the defendant, Stuart B. Drowos on Thursday, May 10, 2007, at 10:00 a.m. in the offices of Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE 19801.

                      ABER, GOLDLUST, BAKER & OVER

                      /s/ Gary W. Aber
                      GARY W. ABER (DSB #754)
                      702 King Street, Suite 600
                      P.O. Box 1675
                      Wilmington, DE 19899
                      302-472-4900

DATED: May 8, 2007            Attorney for Plaintiff

*The deponent is to bring with him any and all correspondence from the plaintiff in the above-captioned and correspondence by the deponent to the plaintiff.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed via electronic filing on May 8, 2007 and was served on the following counsel:

>Eileen Kelly, Esquire
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE  19801

>>/s/ Melissa A. Chionchio
>>Melissa A. Chionchio
>>Secretary to Gary W. Aber, Esquire