IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME K. HAMILTON, a.k.a., | ) | |
| CHEIKH AHMED ELOHIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1422-GMS |
| | ) | |
| CATHY L. GUESSFORD, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendants Stanley Taylor, Robert Snyder, Rebecca McBride and Cathy Guessford hereby move for summary judgment pursuant to Fed.R.Civ.P. 56(b) for the reasons set forth in their briefs.

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Marc P. Niedzielski
                              Marc P. Niedzielski (#2616)
                              Eileen Kelly (I.D. # 2884)
                              Deputy Attorneys General
                              820 N. French Street, 6th Floor
                              Wilmington, DE 19801
                              (302) 577-8400
                              marc.niedzielski@state.de.us
                              eileen.kelly@state.de.us
                              Attorneys for Defendants

DATED: May 23, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a.k.a., ) <br> CHEIKH AHMED ELOHIM, ) <br> ) <br> Plainitff, ) <br> ) <br> vi. ) <br> ) <br> CATHY L. GUESSFORD, et. al, ) <br> ) <br> Defendants. ) | C.A. No. 04-1422-GMS |

### **O R D E R**

WHEREAS, defendants Stanley Taylor, Robert Snyder, Rebecca McBride and Cathy Guessford have moved for summary judgment pursuant to Fed.R.Civ.P. 56(b); and

WHEREAS, the Court has reviewed the papers filed in connection with the matter and/or has heard from counsel.

**IT IS SO ORDERED this       day of           , 2007**

That the moving defendants' motion is GRANTED and the clerk is directed to enter judgment in defendants' favor against the plaintiff.

_____
U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007, I electronically filed Defendants' Motion For Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Gary W. Aber, Esquire.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us