# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a/k/a<br>ELOHIM CHEIKH AHMED,<br><br>               Plaintiff,<br><br>v.<br><br>CATHY L. GUESSFORD, et al.,<br><br>               Defendants. | :<br>:<br>:<br>:<br>:<br>:   Civil Action No. 04-1422-GMS<br>:<br>:<br>:<br>: |

## **ORDER**

At Wilmington this **1st** day of **June, 2007**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, June 13, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                  /s/ Mary Pat Thynge
                                                  UNITED STATES MAGISTRATE JUDGE