LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. Box 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH
JOANNE A. SHALLCROSS**

\* ALSO ADMITTED IN NEW YORK
\*\* ALSO ADMITTED IN PENNSYLVANIA

(302) 472-4900
TELECOPIER (302) 472-4920

August 15, 2007

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

        RE:    Hamilton/Elohim v. Guessford, et.al.
                 C.A. No.: 04-1422 (GMS)

Dear Judge Sleet:

      I write to the Court, on behalf of the parties in the above-captioned litigation, because of a rather unusual and perplexing situation. As your Honor may recall this suit arises out of the complaint by the plaintiff asserting that he was held incarcerated for a period of approximately four years beyond his expected release date.

      As the Court was informed, the parties have reached an agreement to settle this matter for the exchange of a payment of compensatory sums to the plaintiff in return for an executed release. The parties are having some difficulties reaching an agreement as to the settlement documents, which would effectuate the agreed to settlement. It is my hope that this issue will be resolved within the next week to ten days.

      The parties write to the Court to request a telephone conference with the Court as to precisely how to proceed at this point. It does seem that an agreement to settle this case has been reached, and it will be finalized, as stated above, shortly. Presently a pretrial conference is scheduled for September 11, 2007, with the pretrial material being due on August 20, 2007. The purpose of that conference would be to solicit the Court's guidance as to how to proceed at this time.

The Honorable Gregory M. Sleet
August 15, 2007
Page Two

    Thank you for Your Honor's consideration.

                                                 Respectfully,

                                                 Gary W. Aber

GWA/mac
cc:    Eileen Kelly, Esquire