IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

From: Mr. Jerome K. Hamilton, a/k/a
Cheikh Ahmed Elohim
Plaintiff:
320 East Fifth Street/Apt.609
Wilmington, Delaware.19801

Dated: September 5,2007

TO:

Honorable Judge Gregory M. Sleet
United States District Court for the District of Delaware
Lock Box 19
844 North King Street
Wilmington, Delaware.19801

RE: Hamilton/Elohim v. Guessford, et al.
C.A. No.04-1422-(GMS).

Dear Honorable Judge Gregory M. Sleet:

I am writing you this letter to report my concerns - and position pertaining to plaintiff stipulation of dismissal.

1. Plaintiff/Jerome K. Hamilton, did received from a - document on June 7,2007 by Mr. Gary W. Aber, requesting the Court permission to withdraw as counsel for the plaintiff. Because of irreconsilable differe- -nce and ethical reasons to continue to represent the plaintiff. See:(Attac- -hed Exhibit- "A").

2. Plaintiff/Jerome K. Hamilton, is requesting this Hon- -orable Court to be heard in open court on record, plaintiff version concerns issue of stipulation of dismissal which is so important.

Thank you for Your Honor's consideration.

CC: Gary W. Aber,Esquire
    Eileen Kelly,Esquire

Respectfully Submitted
Jerome K. Hamilton
Plaintiff/Jerome K. Hamilton
-a/k/a-Cheikh Ahmed Elohim
320 East Fifth Street/Apt.609
Wilmington, Delaware.19801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a/k/a<br>ELOHIM CHEIKH AHMED,<br><br>   Plaintiff,<br><br>   v.<br><br>CATHY L. GUESSFORD, REBECCA<br>MCBRIDE, ROBERT F. SNYDER, THOMAS<br>L. CARROLL, and STANLEY W. TAYLOR,<br>JR.<br><br>   Defendants | :<br>:<br>:<br>:<br>:<br>: C.A. No. 04-1422 (GMS)<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

## MOTION TO WITHDRAW

The undersigned, counsel for the plaintiff in the above-captioned matter moves this Court for permission to withdraw from representation in this matter.

The basis for this motion is as follows:

1. The plaintiff in this matter initially consulted with the undersigned to represent him in the above-captioned matter. The undersigned drafted a complaint for the plaintiff. Differences arose following the drafting of that complaint, and the plaintiff discharged the undersigned.

2. The plaintiff filed the complaint drafted by the undersigned pro se.

3. At a time thereafter, the plaintiff approached the undersigned again asking him to reconsider taking up his representation of him. The undersigned agreed to reassume the representation of the plaintiff.

4. This matter has proceeded through discovery, and up to the stage of the defendant filing a motion for summary judgment.

5. The undersigned has conducted numerous negotiations with defense counsel, and in continual consultation with the plaintiff. As a result on May 31, 2007 the plaintiff agreed to settle the above-captioned litigation.

Exhibit- "A"

6.  On June 5, 2007 irreconsilable difference arose between the plaintiff and the undersigned, to the extent that the undersigned does not believe he can ethically continue to represent the plaintiff.

WHEREFORE, the undersigned requests the Court permission to withdraw as counsel for the plaintiff.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900

DATED: June 7, 2007                Attorney for Plaintiff

Exhibit- "A"

2