LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH
JOANNE A. SHALLCROSS**

(302) 472-4900
TELECOPIER (302) 472-4920

September 11, 2007

\* ALSO ADMITTED IN NEW YORK
\*\* ALSO ADMITTED IN PENNSYLVANIA

The Honorable Chief Judge Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    RE:    Hamilton/Elohim v. Guessford, et.al.
           C.A. No.: 04-1422 (GMS)

Dear Judge Sleet:

    I have just received a copy of a letter sent by my client, the plaintiff in the above-captioned matter. I am writing to assure the Court that the attorneys for the parties, myself, and the attorney for the defendant are still attempting to negotiate the terms of the final settlement papers. It is our hope that this matter can be resolved in the near future. It is also my hope that once the agreement is reached, these terms will be satisfactory to the plaintiff.

    Thank you for Your Honor's consideration.

                                                   Respectfully,

                                                   Gary W. Aber

GWA/mac
cc:    Eileen Kelly, Esquire
        Aaron Goldstein, Esquire
        Mr. Jerome K. Hamilton