IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME K. HAMILTON, a.k.a., ) <br> CHEIKH AHMED ELOHIM, ) <br> ) <br> Plainitff, ) <br> ) <br> v. ) <br> ) <br> CATHY L. GUESSFORD, REBECCA ) <br> MCBRIDE, ROBERT F. SNYDER, ) <br> THOMAS L. CARROLL, and ) <br> STANLEY W. TAYLOR, Jr., ) <br> ) <br> Defendants. ) | C.A. No. 04-1422-GMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED**, by Jerome K. Hamilton, a.k.a Chiekh Ahmed Elohim, his attorneys, and the attorneys for each of the Defendants, that any and all of the Plaintiffs' claims against them are dismissed with prejudice in relation to the above-captioned action. Each party shall be responsible for their own costs including attorney fees.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*Eileen Kelly*
Marc P. Niedzielski (I.D. # 2616)
Eileen Kelly (I.D. # 2884)
Deputy Attorneys General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us
eileen.kelly@state.de.us
Attorneys for Defendants.

DATE: 9/26/07

**GARY W. ABER, P.C.**

Gary W. Aber (I.D. #___)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
gaber@gablawde.com
Attorney for Plaintiff.

DATE: 9/25/07

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on September 26, 2007, I electronically filed the attached *Stipulation of Dismissal with Prejudice* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Gary W. Aber, Esquire.

*Eileen Kelly*
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Eileen.kelly@state.de.us