IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME K. HAMILTON, a.k.a., | ) | |
| CHEIKH AHMED ELOHIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1422-GMS |
| | ) | |
| CATHY L. GUESSFORD, et. al, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of Department of Correction Defendants: Cathy Guessford, Robert Snyder, Stan Taylor, Tom Carroll, and Rebecca McBride in place of Eileen Kelly.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| | |
| /s/ Eileen Kelly<br>Eileen Kelly, ID#2884<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE 19801<br>(302)577-8400 | /s/ Catherine Damavandi<br>Catherine Damavandi, ID#3823<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE 19801<br>(302)577-8400 |

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF who will send notification electronically to Gary Aber, Esquire at:

Aber, Goldlust, Baker and Over
First Federal Plaza, Suite #600
P.O. Box 1675
Wilmington, DE  19899
(302)472-4900

                    STATE OF DELAWARE
                    DEPARTMENT OF JUSTICE

                    /s/ Catherine Damavandi
                    Catherine Damavandi, ID#3823
                    Deputy Attorney General
                    Department of Justice
                    Carvel State Bldg., 6th Fl.,
                    820 N. French Street
                    Wilmington, DE  19801